John Sullivan, appellee, v. Rudolph Backer, appellant.   Gen. No. 32,716.

Opinion filed October 11, 1928.   Rehearing denied October 23, 1928.

Glynn J. Elliott, for appellant.   Frank N. Hillis, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

George M. Buchanan, appellant, v. W. A. Jones Foundry & Machine Company, appellee.   Gen. No. 32,761.

Opinion filed October 11, 1928.

E. A. Aborn, for appellant.   No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

E. J. Pauler, appellant, v. Robert F. Bates, appellee.   Gen. No. 32,798.

Opinion filed October 11, 1928.

William R. Wiley, for appellant.   Moses, Kennedy, Stein & Bachrach, for appellee; Seymour A. Greenblatt, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

West Madison State Bank, appellee, v. Joseph A. Mudd and B. H. Lancaster, appellants.   Gen. No. 32,372.

Opinion filed October 11, 1928.

Bradley, Williams, Harper & Farrell, for appellants.   William H. Dellenback, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.